# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 106 MM 2020 |
| | : |
| v. | : |
| | : |
| NORMAN MICHAEL VEGA | : |
| | : |
| | : |
| PETITION OF: TERI B. HIMEBAUGH, ESQUIRE | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 6th day of August, 2020, in consideration of the "Withdrawal of Appearance," the matter is REMANDED to the Court of Common Pleas of Berks County for it to determine whether counsel should be permitted to withdraw. If present counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Norman Michael Vega being appointed new counsel or granted leave to proceed *pro se*.

The Court of Common Pleas of Berks County is DIRECTED to enter its order regarding this remand within 90 days and to promptly notify this Court of its determination.